**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

ZORIAIDA LAYA, DOMINGO GUERRERO, and EFREN SANCHEZ, individually and on behalf of all others similarly situated,

*Plaintiffs*,

CASE NO.:

*vs*.

**CLASS ACTION**

SANTA BARBARA AIRLINES, C.A. d/b/a SBA AIRLINES, a Venezuelan company.

*Defendants*.
_______________________________/

**COMPLAINT**

The Plaintiffs, ZORAIDA LAYA ("LAYA"), DOMINGO GUERRERO ("GUERRERO"), and EFREN SANCHEZ ("SANCHEZ"), individually and on behalf of all others similarly situated, sue the Defendant, SANTA BARBARA AIRLINES, C.A, d/b/a SBA AIRLINES (herein collectively, "SBA Airlines" or "the Airline"):

**NATURE OF THE CASE AND PARTIES**

1. This is a breach of contract action.

2. Plaintiffs are individuals. They are each residents of Miami-Dade, Florida. LAYA and GUERRERO are a married couple.

3. The Airline is a foreign air carrier as defined by 49 U.S.C. 40102(21) that has its principal office in the Country of Venezuela and operates a certified airline that conducts business in Florida; maintains a place of business in Miami-Dade County, Florida; has regularly scheduled flights between Venezuela and Miami, Florida, and holds a United States Foreign Air Carrier Permit with the U.S. Department of Transportation pursuant to 49 U.S.C. § 413. According to the Florida Division of Corporations, the Airline also operates licensed and registered companies in Florida, including Santa Barbara Airlines, S.A, a foreign profit corporation, which operates out of a principal and registered agent address located at 9600 NW 25th Street, First Floor, Doral, Florida 33172, and 3301 Ponce De Leon Blvd, Suite 200, Coral Gables, Florida 33134, respectfully. SBA's President and upper management work out of an address in Miami, Florida.

4. Plaintiffs file this class-action complaint alleging that the Airline breached its contract with passengers who paid for air travel provided by the Airline.

**JURISDICTION AND VENUE**

5. Venue in this District is proper pursuant to 18 U.S.C. § 1391(b)-(c) because the Airline conducts business in this District and is deemed to reside in any judicial district in which it is subject to personal jurisdiction at the time the action is commenced; the Airline's contacts with this District are also sufficient to subject it to personal jurisdiction.

6. Jurisdiction is proper under 28 U.S.C. § 1332(d)(2), the Class Action Fairness Act of 2005 (CAFA), because the aggregate amount in controversy exceeds $5 million (exclusive of interest and costs), and as a national class at least one class member (as well as the Plaintiff himself) belongs to a different state than that of the Airline; hence there is at least minimal diversity between the parties, and well over 1,000 plaintiffs in the expected Putative Class. Therefore, CAFA jurisdiction is present.

## FACTUAL ALLEGATIONS

### *Generally Applicable Facts*

7. The Airline is a foreign air carrier that provides international air travel services to consumers flying between the United States of America and the Bolivarian Republic of Venezuela.

8. The Airline's website (https://www.sbairlines.com/home) provides for online booking and lists Miami, Florida as a city that the Airline services.

9. When a passenger books a flight with the Airline, or the Airline's authorized reservations agent, the passenger enters into a contract of carriage with the Airline as to that flight. The Airline's terms of carriage are located on its publicly accessible website and is attached hereto as Exhibit "A".

10. Each passenger pays an agreed amount for the Airline's air transportation services.

**11.** The Airline's Contract of Carriage provides that all expenses associated with flying SBA Airline are included within the ticket price, except fees associated with excess baggage.

12. The Contract of Carriage between the Airline and its passengers does *not* provide that passengers would later be required to pay an additional fee (herein the "Exit Fee") before being allowed to board for their flight departing from Miami.

13. Despite the clear terms of its contract and the full payment of the tickets, the Airline conducted a program in which its ticket-holding travelers were required to pay additional, extra-contractual Exit Fees at their sole U.S. departure airport, Miami International Airport (herein "MIA"), before being allowed to board their flights. The Airline already had the undisclosed Exit Fee program in place at the time the Airline entered into a contractual agreement with its passengers.

14. Upon checking in for their flights at MIA, the Airline requires all passengers departing from MIA to suddenly pay USD$80.00 before they are allowed to board a flight destined to Venezuela.

15. Upon information and belief, such Exit Fees were charged to all passengers within the Class (as defined below).

***Plaintiffs' Contract with the Airline***

16. The Plaintiffs purchased their airline tickets with the Airline before boarding their flight.

17. In or about January and July 2015, LAYA & GUERRERO paid the Exit Tax to the Airline before boarding their flight from Miami to Venezuela. In or about January 2015, SANCHEZ paid the Exit Tax to the Airline before boarding his flight from Miami to Venezuela. The Airline's personnel (dressed in the Airline's uniforms and attending the Airline's airport customer service desk) required all ticket-holding passengers (i.e., persons who had already contracted for their air travel and paid the sum contractually due) to pay the aforementioned USD$80.00 amount at MIA as an "airport exit tax" before departing. If a passenger refused to pay the Exit Fee, the passenger would not be allowed to board the Airline's aircraft.

18. Like the other passengers on their flights, the Plaintiffs paid the previously undisclosed Exit Fee in order to board the aircraft operated by the Airline.

19. The Exit Fee was not disclosed in any of the information or documents provided by the Airline to the Plaintiffs prior to boarding the flights.

20. The Airline's Exit Fee charge economically damaged the Plaintiffs in the amount of the charge.

21. All conditions precedent to the filing of this action have been met, waived or performed.

## CLASS ALLEGATIONS

22. Plaintiffs bring this action on behalf of herself/himself and all others similarly situated (the Class or Class Members).

23. Upon information and belief, the Airline has unilaterally charged its customers the Exit Fee alleged above before allowing its customers to board their already-paid-for flights.

24. Unlike common additional charges for baggage, seat upgrades, etc., the Exit Fee charges were not disclosed nor part of the terms and conditions of the contract of carriage between the Airline and its passengers.

25. Plaintiffs seek to represent a Class consisting of all persons that the Airline charged an Exit Fee, from five years prior to the filing of this Complaint through the later of: (i) the date, if any, the Airline changes its contract to expressly include Exit Fees; and (ii) the date of class certification.

26. Excluded from the Class are 1) Defendant, its agents, subsidiaries, parents, successors, predecessors, and any entity in which it or its parents have a controlling interest and their current and former employees, officers, and directors, 2) the Judge or Magistrate Judge to whom this case is assigned and the Judge or Magistrate Judge's immediate family, 3) persons who execute and file a timely request for exclusion, 4) the legal representatives, successors, or assigns of any such excluded person; and 5) Plaintiffs' counsel and Defendant's counsel.

27. Plaintiffs and Class Members were economically harmed by the Airline's breach of its written contract.

28. This suit seeks damages for recovery of economic injury on behalf of the Class; the suit expressly is not intended to request any recovery for personal injury, lost baggage, delayed flights, or claims related thereto.

29. Numerosity: The exact size of the Class is unknown and not available to Plaintiffs at this time, but it is clear that individual joinder is impracticable. Upon information and belief, the Airline has thousands of consumers who fall into the definition of the Class, and the Exit Fee has been in place for numerous years involving all of the Airline passengers during the applicable time period. Class Members can be identified through the Airline's records or the Airline's agents' or contractors' records. The joinder of the Class Members is impractical and the disposition of their claims in the Class action will provide substantial benefits both to the parties and to the Court in avoiding a multiplicity of identical suits.

30. Typicality: Plaintiffs' claims are typical of the claims of other members of the Class, in that Plaintiffs and the members of the Class sustained economic damage arising out of the Airline's uniform breaches of its contract. Specifically, each Class Member entered into a contract that defined the terms of his or her relationship with the Airline and paid the full sum due under the parties' agreement. Nevertheless, the Airline charged each Class Member a so-called "Exit Fee" not anticipated by, or disclosed in, the parties' contract to provide the service that the Class Members contracted for and paid for. Given that each Class Member has suffered the same legal

injury as a result of the Airline's common course of conduct, Plaintiffs' claims are typical of the Class.

31. Adequate Representation: Plaintiffs will fairly and adequately represent and protect the interests of the Class, and has retained counsel competent and experienced in class actions and other complex litigation. Class counsel have the ability to bear the cost of prolonged litigation. Plaintiffs have no interests antagonistic to those of the Class, and the Airline has no defenses unique to Plaintiffs.

32. Commonality and Predominance: This case will turn largely on the resolution of a singular question of law: whether, by charging the Exit Fees, the Airline breached the contract that it entered into with each Class Member. The resolution of that issue will involve common facts that apply generally to the Class Members. Given that the case turns almost entirely upon that singular legal inquiry, which is predicated on generally applicable facts, and that damages may be readily calculated, the questions of law and fact common to the claims of Plaintiffs and the Class predominate over any questions that may affect individual Class Members.

33. Superiority: This case is also appropriate for class certification as class proceedings are superior to all other available methods for the fair and efficient adjudication of this controversy because joinder of all parties is impracticable. The actual damages suffered by the individual members of the Class will likely be relatively small, especially given the burden and expense required for individual prosecution of

the complex litigation necessitated by the Airline's actions. In addition, the Airline Deregulation Act of 1978 preempts statutory claims that would enable greater damages and fee-shifting—essentially leaving passengers with only the private right of a breach of contract claims. Given the limited amount of damages per breach (less than $100), it would be virtually impossible for individual Class Members to obtain effective relief from the Airline's misconduct. Even if members of the Class could sustain such individual litigation, it would still not be preferable to a class action, because individual litigation would increase the delay and expense to all parties due to the complex legal and factual controversies presented in this Complaint. By contrast, a class action presents far fewer management difficulties and provides the benefits of single adjudication, economy of scale, and comprehensive supervision by a single Court. Economies of time, effort, and expense will be fostered and uniformity of decisions ensured.

34. The interest of Class Members in individually controlling the prosecution of separate claims against the Airline are small because the maximum damages in an individual action for the breaches of contract are minimal. Management of these claims is likely to present significantly fewer difficulties than those presented in many class claims.

**BREACH OF CONTRACT**

35. Plaintiffs reallege and incorporate by reference paragraphs 1-34 above.

36. Plaintiffs and the other Class members entered into a contract with the Airline.

37. The Airline breached that contract by requiring ticket holders to pay monies not provided for under the terms and conditions of the contract in order to fulfill their obligations under the contract.

38. Plaintiffs and the other Class members were damaged as a result of the Airline's breach of contract.

**PRAYER FOR RELIEF**

WHEREFORE, Plaintiffs, ZORAIDA LAYA, DOMINGO GUERRERO, and EFREN SANCHEZ, individually, and on behalf of the Class, requests the following relief:

39. As a result of the Airline's breach of contract, Plaintiffs seek for herself/himself and each Class Member:

(a) An order certifying this action to be a proper class action pursuant to Federal Rule of Civil Procedure 23, establishing an appropriate Class and any Subclasses the Court deems appropriate, finding that Plaintiffs are a proper representative of the Class, and appointing the lawyers and law firms representing Plaintiffs as counsel for the Class.

(b) USD $80.00 in damages for each and every breach stemming from an Exit Fee charged to passengers travelling from Miami to Venezuela.

(c) An award of attorney's fees and costs to counsel for Plaintiffs and the Class from any recovery for the Class.

(d) Any other relief the Court may deem just and proper.

**TRIAL BY JURY**

Plaintiffs demand a trial by jury on all counts so triable.

Respectfully submitted,

*/s/ John Cody German*
JOHN CODY GERMAN
Florida Bar No.: 58654

John G. Crabtree, FBN 886270
Charles M. Auslander, FBN 349747
Brian C. Tackenberg, FBN 107224
CRABTREE & AUSLANDER
240 Crandon Boulevard, Suite 101
Key Biscayne, Florida 33149
Tel: (305) 361-3770
Fax: (305) 437-8118
jcrabtree@crabtreelaw.com
causlander@crabtreelaw.com
btackenberg@crabtreelaw.com
floridaservice@crabtreelaw.com

Jose L. Baloyra, FBN 84603
BALOYRA LAW
201 Alhambra Cir., Ste. 601
Coral Gables, Florida 33134
Tel: (305) 442-4142
Fax: (305) 442-4377
jbaloyra@baloyralaw.com

Brian Torres, FBN 36498
BRIAN M. TORRES, P.A.
One S.E. Third Ave.
Suite 3000
Miami, Florida 33131
Tel: 305-901-5858 ext. 101
Fax: 305-901-5874
btorres@briantorres.legal
mrodriguez@briantorres.legal
e-service@briantorres.legal

John Cody German, FBN 58654
COLE, SCOTT & KISSANE, P.A.
Cole, Scott, & Kissane Building
9150 S. Dadeland Boulevard
Suite 1400
Miami, Florida 33156
Telephone: (786) 268-6415
Facsimile: (305) 373-2294
cody.german@csklegal.com

rcruz@baloyralaw.com yvonne.orosa@csklegal.com

Milton Fuentes, FBN 123420
M. FUENTES & CO.
201 Alhambra Circle, Suite 601
Coral Gables, Florida 33134
Tel: (305) 447-1960
Fax: (786) 288-3808
mf@mfuenteslaw.com
sc@mfuenteslaw.com

*Counsel for Plaintiffs,* ZORAIDA LAYA, DOMINGO GUERRERO, and EFREN SANCHEZ

# EXHIBIT A




# Contrato de Transporte

< volver

**Santa Bárbara Airlines, C.A.**
**Contrato de Transporte de Pasajeros**

Su boleto y las siguientes Condiciones de Transporte constituyen el contrato entre usted, como pasajero, y Santa Bárbara Airlines, C.A. ("SBA"), y se aplican a todas los operaciones de SBA (incluyendo el transporte en transportistas con los que SBA tenga alianza comercial o acuerdo de cooperación*). SBA actuará como un agente en la emisión de boletos, la facturación de equipaje y las reservaciones para el transporte en otros transportistas que hayan celebrado acuerdos de cooperación y/o alianza comercial con SBA. Es posible que los demás transportistas tengan términos y condiciones diferentes aplicables a sus vuelos. Los mismos pueden conseguirse directamente en los contratos de transporte con dichos transportistas.

(*) SBA tiene una Alianza Comercial con ASERCA AIRLINES, C.A. ("ASERCA") y acuerdos de cooperación con PAN AM WORLD AIRWAYS DOMINICANA, S.A. ("PAWA DOMINICANA").

Lea detenidamente su contrato.

**INDICE Condiciones del Transporte de Pasajeros Santa Bárbara Airlines, C.A.**


**Artículo 1 – Definiciones**

**Artículo 2 - Reservaciones**

**Artículo 3 - Boleto de transporte aéreo.**

**Artículo 4 - Tarifas y Cargos**

**Artículo 5 - Reembolsos**

**Artículo 6 - Equipaje**

**Artículo 7 - Mostrador de Registro (Check-in)**

**Artículo 8 - Vuelos Regulares, Cancelación de Vuelos, Acontecimientos de Fuerza Mayor.**

**Artículo 9 - Alianzas y Acuerdo Comerciales.**

**Artículo 10 - Modificación y renuncio.**


**Artículo 1 – Definiciones**

"AERÓDROMO" área definida de tierra o agua destinada a la llegada, salida y maniobra de aeronaves en superficie.

"AERONAVE" toda máquina que pueda sustentarse en la atmósfera por reacciones del aire que no sean las reacciones del mismo contra la superficie de la tierra, y cuyo uso esté destinado al transporte de Pasajeros y/o carga.

"AEROPUERTO" todo aeródromo dotado de servicios especiales para el arribo, partida, estacionamiento y abastecimiento de aeronaves, embarque y desembarque de Pasajeros, carga y correo.

**"AGENTE AUTORIZADO es la persona natural o jurídica con la que SBA tiene una relación comercial para la venta y distribución de sus servicios, y de los servicios de otras aerolíneas, cuando así se autorice. El agente es un comerciante, independiente, que ejerce actividad a través de una empresa propia con personal a su cargo, en nombre y representación de SBA, de acuerdo con las instrucciones que para tal fin le imparta SBA.**

"BILLETE DE PASAJE, TIQUETE O BOLETO". Es el documento emitido por SBA o su Agente Autorizado como prueba escrita del contrato de transporte. En este Contrato de Transporte Aéreo se utilizará, en adelante, el término de BOLETO.

"BILLETE DE PASAJE, TIQUETE O BOLETOS CONJUNTOS" es el boleto expedido a un Pasajero en relación con otro boleto. Juntos constituyen un solo contrato de transporte.

"BILLETE DE PASAJE, TIQUETE O BOLETO ELECTRÓNICO" es el documento emitido, por cualquier medio electrónico, por SBA o su Agente Autorizado como prueba escrita del contrato de transporte.

**"CODIGO DE AEROLINEA"** significa los dos caracteres o tres letras que identifican a SBA asignado por la IATA (Asociación Internacional de Transporte Aéreo por sus siglas en inglés) para identificar a cada línea aérea.

**"EQUIPAJE"** designa los artículos, efectos y otros objetos personales de un Pasajero, destinados a ser llevados o utilizados por él, necesarios para su comodidad y bienestar durante el viaje. Salvo disposición contraria, dicho término designa tanto los equipajes registrados del Pasajero como los no registrados.

"EQUIPAJE DE MANO" es aquel que el Pasajero conserva consigo bajo su custodia, cuidado, control y responsabilidad durante el vuelo.

"EQUIPAJE DE TRANSFERENCIA ENTRE LÍNEAS AÉREAS" equipaje registrado que se transborda de la aeronave de un Explotador a la aeronave de otro explotador, durante el viaje del usuario.

"EQUIPAJE EXTRAVIADO" Equipaje registrado que no llega a manos del Pasajero al momento de su reclamación, ni después de la misma. Se considera el que no se ubica después de 21 días de búsqueda.

"EQUIPAJE REGISTRADO" es aquel que ha sido puesto bajo custodia de SBA para su transporte y por el cual se ha entregado una etiqueta de equipaje que se coloca a cada pieza o bulto recibido.

**"COMPROBANTE DE EQUIPAJE"** significa un documento emitido por SBA, exclusivamente para identificar el equipaje registrado.

"EXCESO DE EQUIPAJE" es el que excede el equipaje libre permitido en peso, volumen o en número de piezas autorizadas, el cual se cobrará en adición al boleto.

"EXPLOTADOR" persona jurídica que se dedica a la explotación comercial de aeronaves, y que está autorizado como tal.

"FUERZA MAYOR" significa cualquier situación totalmente fuera del control de SBA incluyendo, a título enunciativo pero no limitativo, condiciones meteorológicas, casos fortuitos, motines, conmoción civil, embargos, guerras, hostilidades, disturbios o condiciones internacionales inestables, sean reales, amenazadas o reportadas. Además, por cualquier retraso, demanda, circunstancia o requisito debido, directa o indirectamente, a tales situaciones, o cualquier huelga, paro o reducción del ritmo de la producción, paro forzoso o cualquier otra disputa laboral que afecte o involucre al servicio de SBA, o cualquier regulación, demanda o requisito gubernamental, o cualquier carencia de mano de obra, combustible o instalaciones de SBA o de terceros, o cualquier hecho que SBA no haya previsto, predicho o pronosticado, dentro de un criterio razonable.

"IATA" International Air Transport Association por sus siglas en inglés, Asociación Internacional de Transporte Aéreo en español.

**"INFANTE"** significa un niño(a) menor de dos (02) años.

"ITINERARIO" conjunto ordenado de los vuelos de SBA enmarcados dentro de un esquema horario, o número plural de vuelos operados con regularidad por SBA. Puede incluir equipos, horarios, rutas y frecuencias.

"MERCANCÍAS PELIGROSAS" son todos aquellos elementos o sustancias catalogadas como explosivos, inflamables, gases, ácidos, corrosivos, radioactivos, material biológico, y/o aquellas decretadas como tales por la línea aérea o por las leyes o regulaciones nacionales o internacionales.

"NO-SHOW" es el Pasajero, que teniendo una reserva confirmada para un determinado vuelo no se presenta a él en los tiempos determinados por SBA, lo cual generará la pérdida del o los vuelos reservados y puede generar cargos o penalidades para el Pasajero.

"PASE DE ABORDAR" documento de papel o electrónico que se expide contra un cupón de vuelo y que permite abordar una aeronave.

"PASAJERO O VIAJERO" Es la persona, exceptuando los miembros de la tripulación, transportada o que debe ser transportada en un avión en virtud de un contrato de transporte.

"REEMBOLSO" es la devolución del valor total o parcial del boleto que hace SBA al Pasajero en caso del desistimiento voluntario o involuntario del viaje y que podrá estar sometido a determinadas condiciones para su aplicación. La devolución se puede realizar utilizando el mismo medio de pago utilizado para la compra del boleto. Las tarifas identificadas como no reembolsables por condiciones tarifarias aceptadas previamente por el Pasajero no serán reembolsadas.

"RESERVA CONFIRMADA" se entiende por reserva confirmada la separación de uno o más cupos para una o

más personas, en uno o más vuelos, en fechas, tarifas y rutas específicas. La confirmación de la reserva en los registros internos de SBA consta en el código de reserva (Passenger Name Record (PNR)) de cada vuelo. Se debe consultar con SBA según el boleto que sea expedido, si se requiere o no la confirmación de la reserva.

"TARIFA" es el precio que paga el Pasajero por el servicio de transporte y las condiciones de aplicación de la misma. Las tarifas están sujetas a condiciones de utilización que se refieren entre otros a periodos de validez en el tiempo, condiciones de pago, restricciones de endosos, estipulaciones sobre reembolsos, utilización en determinados vuelos, tiempo mínimo o máximo de estadía en el lugar de destino, días específicos de viajes, penalidades, reglas de equipaje permitido y otras condiciones aplicables.

"TASA AEROPORTUARIA" es el valor que se cobra al Pasajero por el uso de las facilidades aeroportuarias, y que podrá ser recaudado por SBA previamente autorizado para el efecto, bien sea en el boleto o en cada aeropuerto, y debe ser pagado por el Pasajero.

"PASAJERO EN TRÁNSITO" es la permanencia del pasajero en tierra entre destino y destino.

## ARTÍCULO 2 – RESERVACIONES

**2.1 Uso y Manejo de las Reservas. Las reservas son personales e intransferibles. Está prohibido efectuar reservas con nombres ficticios. Una reserva debe contener como mínimo la siguiente información:**

**a) Nombre y apellido de la persona o personas a viajar indicando si es MR. (Señor) MRS. (Señora), MISS (señorita), CHD (niño) o INF (infante). Trayectos a reservar, indicando número de vuelo, fecha, cantidad de cupos, clase de tarifa.**

**(b) Números telefónicos, preferiblemente en origen y destino. Se requiere por lo menos un número telefónico de contacto como mínimo.**

**2.2 Tiempo Límite del Boleto (Ticket Time Limit). Es el tiempo en el cual el Pasajero debe adquirir su boleto efectuando la compra de acuerdo con las condiciones de la tarifa aplicable. Si el Pasajero no lo hace dentro de ese tiempo establecido la reservación será cancelada automáticamente.**

**2.3 Carácter de las Reservas. Cuando se compruebe que una persona ha reservado trayectos que no pueden volarse simultáneamente, SBA tratará de contactar a la persona que realizó la reserva para que defina cuales trayectos necesita. Si dicha comunicación no puede efectuarse las respectivas reservas serán canceladas.**

**2.4 Trámite de Reservas. Las reservaciones pueden ser tramitadas así:**

**a) A través o por solicitud de una agencia de viajes.**

**b) A través de los sistemas de distribución o sistemas de reservas de otras aerolíneas.**

**c) A través de Internet.**

**d) Directamente con SBA en call center y puntos de venta.**

**2.5 Cancelación de Reservas. Una reserva podrá ser cancelada por las siguientes razones:**

**a) A solicitud de la agencia o persona quien hizo originalmente la reservación.**

**b) A solicitud de la agencia o persona autorizada en la reserva.**

**c) Por SBA cuando se comprueba duplicidad de la reserva, es decir, más de una reserva para la misma persona en el mismo número de vuelo.**

**d) Por SBA cuando se vence el tiempo límite de compra del boleto, sin que este haya sido adquirido o cuando el Pasajero no cumple con las condiciones de la tarifa.**

**e) Como consecuencia de la no presentación del Pasajero (No Show) en uno de los trayectos reservados.**

**Modificación de las Reservas.**

**2.6 Una reserva podrá ser modificada por las siguientes razones:**

**a) A solicitud de la agencia o de la persona que hizo originalmente la reservación, por cambio de itinerario o para agregar o suprimir informaciones diferentes al nombre de la persona que viaja.**

**b) A solicitud de la agencia o persona autorizada en la reserva.**

**c) Por SBA por motivos operacionales, en cuyo caso y en la medida de lo posible deberá contactar al Pasajero para informarle del cambio.**

**Artículo 4.6. Forma de Pago. El boleto podrá ser pagado de las siguientes formas:**

**a) En agencia de viajes, de acuerdo a las formas de pago establecidas por estas.**

**b) En puntos de ventas incluido el call center de SBA con tarjeta de crédito, débito, cheque de gerencia.**

**ARTÍCULO 3. BOLETOS DE TRANSPORTE AÉREO.**

Definición. BILLETE DE PASAJE, TIQUETE O BOLETO, es el documento emitido por SBA o su Agente Autorizado como prueba escrita del contrato de transporte entre SBA y el pasajero, permitiendo al pasajero viajar a los destinos que muestre el boleto, sujeto a las condiciones de la tarifa aplicada. En el presente Contrato de Transporte se utilizará el término de BOLETO.

**3.1** Requisitos de Validez del Boleto. SBA solamente transportará al Pasajero cuyo nombre aparece en el

boleto, el cual debe estar debidamente identificado. El boleto de transporte aéreo no es transferible ni endosable, salvo lo que se establece en las Condiciones Generales de Transporte Aéreo. El Pasajero no será transportado si no presenta un boleto válido que contenga el cupón de vuelo para el respectivo trayecto y el resto de cupones de la secuencia sin usar, salvo lo que se establece en las Condiciones Generales de Transporte Aéreo. Adicionalmente, el pasajero no será transportado si el boleto presentado está mutilado o si ha sido modificado. En el caso de un boleto electrónico el Pasajero no será transportado salvo que se identifique en forma satisfactoria y se haya emitido un boleto electrónico para el respectivo trayecto en su nombre. En aquellos casos en que el Pasajero no se identifique en forma satisfactoria, ni tenga boleto válido emitido para el respectivo trayecto, SBA retendrá y/o anulará el boleto y/o los cupones presentados.

**3.2 Periodo de validez del boleto.** Un boleto es válido para el transporte durante el plazo de un año, a partir de la fecha de su emisión, excepto cuando las presentes Condiciones o las Políticas del Transportista dispongan de otra manera en el boleto.

**3.3 En caso de reemisión del boleto, SBA podrá cobrar una penalidad o la diferencia que hay entre la tarifa cobrada y la aplicable al nuevo boleto a emitir. Adicionalmente podrá cobrar un cargo administrativo por dicha gestión. Cuando el pasajero no puede viajar dentro del periodo de validez del boleto por falta de disponibilidad de cupo por parte del SBA, la validez del boleto dependerá de las condiciones de la tarifa pagada por el Pasajero; en caso de no ser posible dicha confirmación el Pasajero tendrá derecho al reembolso si la tarifa lo permite o deberá solicitar la reemisión con una tarifa disponible pagando la diferencia de acuerdo con las normas previstas en estas condiciones, lo cual exonera de toda responsabilidad anterior a SBA. La validez de un boleto para realizar solicitudes de reemisión o reembolso (siempre y cuando la tarifa lo permita) será de un año.**

**3.4 Un boleto es válido para viajar en la fecha, para el vuelo y clase de servicio para el cual la reserva ha sido hecha y cuya tarifa haya sido pagada. Toda reserva debe efectuarse de conformidad con las condiciones de la tarifa correspondiente y estará sujeta a la disponibilidad de los asientos en el vuelo requerido.**

**3.5 Un boleto no puede ser usado para viajar si su validez ha expirado antes de que el Pasajero inicie o complete su viaje. Si el boleto no ha expirado antes de que el pasajero complete su viaje, el boleto podrá ser reemitido o reembolsado de acuerdo con las reglas de la tarifa comprada y las normas y procedimientos vigentes de SBA. Si el boleto ha expirado, no se puede reemitir ni reembolsar.**

**3.6 Secuencia del cupón.** SBA aceptará los cupones de vuelo, o en el caso de un boleto electrónico, cupón electrónico; únicamente en la secuencia desde el lugar de partida según se indique en el boleto.

**3.7** El boleto puede ser inválido y SBA puede rechazar el boleto del pasajero si el cupón de su primer vuelo, o en el caso de un boleto electrónico, un cupón electrónico; para uso en viaje internacional no ha sido

utilizado, y el pasajero inicia su viaje en alguna escala o escala acordada.

**3.8** Cada uno de los cupones de vuelo, o en el caso de un boleto electrónico el cupón electrónico, será aceptado para un vuelo en la clase de servicio especificado en el mismo, para la fecha y vuelo para lo cual se ha reservado cupo. Cuando los cupones de vuelo, o en el caso de un boleto electrónico, sean emitidos sin una reservación especificada en el mismo, el espacio será reservado a solicitud, sujeto a las condiciones del pasaje pertinente y la disponibilidad de espacio en el vuelo solicitado.

## Artículo 4- TARIFAS Y CARGOS

**4.1 Definición.** Es el monto que el Pasajero paga por su contrato de transporte desde el aeropuerto de origen al de destino y las condiciones de aplicación de esa tarifa.

Restricciones. Las tarifas varían de acuerdo con las necesidades del usuario. Por regla general, las tarifas más costosas tienen menores restricciones y viceversa. Las tarifas son las vigentes en la fecha de emisión del boleto. Si los planes de viaje del Pasajero cambian, la tarifa y sus condiciones pueden variar.

**4.2.** Impuestos y Tasas**.** Los impuestos y tasas son cargos adicionales a la tarifa aplicable y SBA los recauda a favor de las autoridades gubernamentales que los establecen incluyéndolos en el boleto de transporte en una casilla para este fin. Tales cargos no hacen parte de la tarifa. Los impuestos pueden ser un valor fijo o un porcentaje de la tarifa. Los impuestos, tasas y otros cargos similares serán sufragados por el Pasajero en adición a la tarifa. Por lo anterior no hacen parte del precio final del transporte suministrado por SBA. Los impuestos y tasas varían dependiendo de las regulaciones de cada país.

## ARTÍCULO 5. REEMBOLSOS

**5.1** Definición. Un reembolso es la devolución total o parcial del importe pagado de un boleto no utilizado. Cuando el Pasajero no pueda utilizar su boleto en forma total o parcial podrá solicitar el reintegro del valor del transporte no utilizado siempre y cuando la tarifa permita dicho reembolso. Existen tarifas NO REEMBOLSABLES y eventos en los cuales el Pasajero no tiene derecho a reembolso por haber incumplido el presente contrato de transporte. Los reembolsos parciales se harán descontando el valor de los trayectos utilizados con base en la tarifa del día en que el pasajero compró su boleto original. SBA descontará los gastos administrativos, penalidades e impuestos que apliquen al valor del reembolso.

**5.2 Tipos de reembolsos.**

Involuntario. En algunos casos SBA es responsable de la interrupción en el viaje del pasajero por alguna situación no regular. SBA podrá reembolsar el monto total o parcial del boleto, dependiendo de las siguientes condiciones:

a) Se reembolsará el 100% del valor del boleto en caso que el pasajero no haya utilizado ninguna porción de su boleto y la interrupción de su vuelo se deba a causas imputables a SBA.

b) Se reembolsará el valor del boleto menos los cargos administrativos, impuestos y tasas aplicables en caso que la interrupción de su vuelo se deba a razones ajenas a SBA, tales como desastres naturales, clima, asuntos gubernamentales, situaciones irregulares, entre otras, que impidan la operación regular de SBA.

c) Se reembolsará un porcentaje del valor del boleto en caso que el pasajero haya utilizado alguna de las porciones de su boleto.

Voluntario. Reembolso solicitado por el pasajero o el comprador del boleto. Este aplicará dependiendo de la regla de la tarifa aplicada al boleto a reembolsar. Se aplicará un cargo por servicio y en los casos que la tarifa aplicada tenga penalidad, la misma se descontará del monto a reembolsar. Hay tarifas No Reembolsables.

En los casos en que el boleto sea reembolsable, el reembolso se realizará de la siguiente manera:

a) Se reembolsará el valor del boleto descontando los cargos administrativos, penalidades, impuestos y tasas aplicables en caso que el pasajero no haya utilizado ninguna porción de su boleto, siempre que la tarifa permita el reembolso.

b) Se reembolsará parcialmente el valor del boleto descontando los cargos administrativos, penalidades, impuestos y tasas aplicables en caso que el pasajero haya utilizado ǎlguna porción de su boleto. Se descontarán el valor de los trayectos utilizados con base en la tarifa anual publicada el día en que el pasajero compró su boleto original, siempre que la tarifa permita el reembolso parcial.

No Reembolsable En caso que la tarifa comprada por el pasajero no permita el reembolso, el boleto podrá transformarse en crédito para ser utilizado como forma de pago para una compra futura antes de cumplirse 1 año de la fecha de emisión original del boleto.

Enfermedad o Defunción. SBA podrá efectuar reembolso en ciertos casos de enfermedad o muerte del pasajero, del acompañante del pasajero o de familiares directos de este. El pasajero o su familiar inmediato debe realizar la solicitud SBA antes de la fecha de vencimiento del boleto, también debe presentar la documentación apropiada al caso, ya sea enfermedad o muerte. SBA reembolsará el monto aplicable en la forma original de pago. A estos reembolsos se aplica cargo por manejo establecido en la regla de la tarifa aplicada al boleto. En caso de fallecimiento del pasajero SBA reembolsará al familiar inmediato siempre y cuando este familiar presente Certificado de Defunción. Familiar inmediato se limita a conyugue, hijos (incluye adoptivos), padres, hermanos(as).

SBA efectuará el reembolso a la persona que haya pagado el boleto. Esta persona debe presentar prueba satisfactoria: constancia de compra o tarjeta de crédito.

SBA aplicará los cargos y penalidades por reembolso de acuerdo a la regla de la tarifa aplicada al boleto a

reembolsar.

SBA sólo reembolsará los boletos en el país donde se originó la venta. Los reembolsos se realizan en la moneda y forma original de pago en la cual se efectuó la compra.

## ARTÍCULO 6. EQUIPAJE.

**6.1** Definición. Se considera equipaje la ropa, artículos y efectos personales, necesarios para el vestir, uso, confort o conveniencia del Pasajero en relación con su viaje. En la medida de lo posible, el equipaje debe ser transportado en el mismo vuelo en que viaja su propietario. Todo equipaje debe ser entregado por el Pasajero a SBA, oportunamente en el mostrador de SBA en el aeropuerto.

**6.2** Condiciones de Aceptación de Equipaje. Las condiciones que establece SBA para la aceptación del equipaje son:

a) El equipaje debe ser facturado solamente por agentes de SBA.

b) Todo pasajero debe identificar su equipaje debidamente, incluyendo: nombre, apellido, número de teléfono y dirección permanente.

c) Todo pasajero para poder facturar su equipaje debe presentar un boleto de viaje en donde se indique número de vuelo, fecha, hora y destino al que se dirige el pasajero.

d) Todo equipaje está sujeto a revisión, tanto por parte de SBA como de las autoridades competentes.

**6.3** SBA se reserva el derecho de no aceptar equipaje que tenga alguna de las características abajo descritas y no limitándose a estas:

a) Equipaje embalado incorrectamente.

b) Equipaje dañado.

c) Equipaje que no cumpla con tamaño y características adecuadas para el tipo de aeronave donde será transportado.

d) Equipajes que puedan deteriorar otros equipajes dentro del compartimiento de equipaje de la aeronave, incluyendo pero no limitado a líquidos corrosivos y objetos punzantes sin la cubierta adecuada.

e) Mercancías peligrosas, todo aquello que este establecido por la IATA en su Manual de Mercancías Peligrosas o en las regulaciones nacionales, internacionales o de SBA.

**6.4** SBA se reserva el derecho de no aceptar equipajes que presenten daños menores al momento del registro. SBA podrá aceptar equipajes con daños menores siempre y cuando el pasajero firme el formulario de aceptación de equipaje con daños menores. Se consideran daños menores los siguientes y sin limitarse a

estos:

1. Cortes menores, descosidos, raspaduras, abolladuras, manchas menores, suciedad, rayones, zippers o cremalleras rotas.
2. Daño en las ruedas, base inferior, asas, manijas, manijas extensibles y bolsillos externos.
3. Pérdida de piezas que sobresalgan del equipaje como asas, bolsillos, candados, correas de ajuste, correas de seguridad.

**6.5 Categorías de Equipaje.**

a) Equipaje Registrado. Es aquel que ha sido puesto bajo la custodia de SBA para su transporte y por el cual se ha entregado un ticket numerado, correspondiente a la etiqueta que se coloca a cada pieza recibida. Es el equipaje transportado cuyas características se especifican en el talón de equipaje.

b) Equipaje Libre Permitido. Es la cantidad de equipaje en peso, número de piezas y en volumen que tiene derecho a llevar el pasajero sin ningún costo. El Pasajero deberá consultar con SBA al momento de hacer la reserva cuál es el equipaje libre permitido en la ruta en la que va a viajar.

**6.6 Límites al Equipaje Registrado**

A los pasajeros (salvo infantes) se les permite el siguiente equipaje:

| Piezas Permitidas | Peso |
|---|---|
| Primera y Clase de Negocios: 3 piezas | 32 Kg por pieza |
| Económica: 2 piezas | 32 Kg por pieza |

Las dimensiones totales son las siguientes: 50 cm. de alto + 80 cm de largo + 28 cm de ancho, con un total de 158 cm lineales.

Los infantes: según las políticas del transportista.

El Transportista se reserva el derecho de negar el transporte de cualquier pieza con peso en exceso de 32 Kg.

Autorizados de SBA o en los aeropuertos u oficinas de ventas de SBA.

**6.7 Exceso de equipaje**

El pasajero pagará un recargo por el transporte de equipaje en exceso del límite permitido según lo establezcan las políticas de SBA.

**Clase económica.** Se permite una tercera maleta, según las siguientes dimensiones: 158cm lineales, con un peso de 32 kilos. Cancelando la tarifa aplicable.

De presentar sobrepeso de la tercera maleta se aceptara de la siguiente forma: De 32 a 42 kilos de peso con

un volumen de158cm hasta 250 cm lineales. Cancelando la tarifa aplicable.

**Clase Business.** Se permiten dos (2) maletas adicionales, según las siguientes dimensiones: 158cm lineales, con un peso de 32 kilos. Cancelando la tarifa aplicable.

De presentar sobrepeso de la cuarta y quinta maleta se aceptara de la siguiente forma:

De 32 a 42 kilos de peso con un volumen de158cm hasta 250 cm lineales. Cancelando la tarifa aplicable.

**6.8 Declaración expresa de valor y recargo.**

SBA ofrece la facilidad de una valuación en exceso, de acuerdo con las Políticas aplicables. El pasajero puede declarar un valor del equipaje registrado, en exceso de los límites de responsabilidad de rigor. El pasajero pagará el recargo que corresponda cuando haga tal declaración.

**6.9 Equipaje de mano**

SBA permite que el pasajero lleve a bordo de la aeronave, ya sea en cabina principal o en cabina ejecutiva, una pieza de mano con un peso máximo de 8 y con las dimensiones de 55 cm x 35 cm x 20 cm (21.5" x 13.5" x 7.5"). 110 cm lineales.

Adicionalmente, cada pasajero puede transportar en cabina, bajo su custodia y sin costo adicional algunos de los siguientes artículos:

a) Bolsa de mano o Cartera de mujer.

b) Jacket, abrigo o sweater.

c) Cualquier artículo que utilice el pasajero para su locomoción, tales como: muletas, andaderas, bastones, sillas de rueda, entre otros.

d) Cámara fotográfica o binóculo.

e) Equipo fotográfico y de vídeo, computadores portátiles.

f) Elementos para bebé de consumo durante el viaje.

g) Asientos de infantes que se utilicen durante el viaje siempre que el pasajero haya pagado un boleto de transporte que le permita al infante ocupar un asiento.

Estos artículos pueden ser transportados dentro de la cabina de pasajeros siempre y cuando su tamaño, volumen y peso no incomode a los otros pasajeros, no obstruyan las salidas de emergencia, los pasillos o las puertas, ni afecten la seguridad de los pasajeros en caso de turbulencia, despegues abortados o aterrizajes de alto impacto. De acuerdo con disposiciones de las autoridades competentes, todo equipaje de mano debe caber en el compartimiento superior de equipajes o bajo el asiento delantero. El equipaje de mano que sea muy grande o cuya forma irregular no le permita caber en los compartimientos superiores de equipaje o

bajo el asiento delantero no será aceptado en la cabina y necesitará ser registrado como equipaje en bodega.

**6.10 Elementos no Permitidos en Equipaje de Mano y Efectos Personales, Pero Que Pueden Viajar en Equipaje Registrado.**

En adición a los artículos mencionados anteriormente, el pasajero no podrá llevar como equipaje de mano: armas blancas ni objetos corto punzantes tales como hachas, bastones o sombrillas con punta metálica, paraguas, tijeras, arpones, armas deportivas o herramientas que puedan ser utilizadas como armas corto punzantes o contundentes. Tampoco podrá llevar consigo armas de juguete o simuladas de ningún tipo, objetos potencialmente peligrosos tales como arco, flecha, bate, caja con punta o lados cortantes, cápsula explosiva, caña para pesca, corta uñas con navaja o lámina punzante o cortante, palos de ski, picahielo, cuchilla o navaja de afeitar, destornillador, elementos metálicos con punta, elementos para artes marciales, extintores, látigo, llave mecánica, alicate, manopla, martillo, mazo, motosierra, palos de golf o jockey, punzón para ganado, sacacorchos, taladros, tubos, perfumes contenidos en envases con forma de granada o de arma, cualquier tipo de herramienta, líquidos o geles cuyo envase supere los 100 mililitros o equipo que potencialmente pueda ser utilizado como arma, o cualquier otro que SBA considere no apto para ser llevado en cabina. SBA podrá a su discreción transportar estos elementos exclusivamente en la bodega de carga de las aeronaves como equipaje facturado, debidamente embalados para evitar cualquier lesión de las personas encargadas del manejo del equipaje y garantizar la seguridad del vuelo.

SBA no es responsable por los artículos que las autoridades de control y seguridad de los aeropuertos retengan, decomisen o impidan que sean portados por los pasajeros.

**6.11 Manejo y Control del Equipaje.**

Recibo y Despacho de Equipajes.

Todo equipaje debe ser entregado individualmente por la persona que viaja, en el mostrador del SBA en el aeropuerto, a un representante debidamente identificado, con el fin de que se le dé el manejo adecuado y sea transportado en la bodega del avión, o aprobado como equipaje de mano.

Una vez pesado el equipaje, quedará registrado en el sistema el número de piezas y su peso.

Cada pieza de equipaje se rotulará con una etiqueta numerada identificada con el número de vuelo y destino, cuya contraseña se adherirá a la carátula del boleto.

La aceptación de la entrega por el portador del talón de equipaje, sin reclamación alguna, constituye evidencia a primera vista de que el equipaje ha sido entregado en buenas condiciones y de acuerdo con el contrato de transporte.

Si el pasajero retira del carrusel una valija u otro equipaje equivocadamente, será responsabilidad inmediata del pasajero de devolver la valija o equipaje a su propio costo.

En caso de demora en la entrega del equipaje registrado con SBA, cuando el pasajero se encuentra fuera de su país de domicilio, SBA reembolsará al pasajero por la compra de artículos y ropas necesarios, concepto también conocido como: "primeras necesidades" mientras espera su equipaje demorado. El monto de tal reembolso será determinado por SBA con aplicación de normas de la estación local.

El hecho de no informar a SBA del equipaje demorado o dañado o de elementos faltantes en su contenido, en el transcurso del plazo establecido, libera a SBA de toda responsabilidad.

En caso de pérdida o retraso del equipaje, se debe presentar una queja inicial a SBA, antes de abandonar el aeropuerto de llegada hasta el cual se facturó el equipaje o se debería haber facturado el mismo. A más tardar, dicho informe inicial debe hacerse en el transcurso de las cuatro horas siguientes a la llegada del vuelo en el que venía el pasajero. Si lo que se busca es indemnización por un retraso o pérdida, SBA debe recibir una reclamación por escrito, en el formulario proporcionado por SBA, a más tardar pasados 30 días de la presentación y recibo del informe inicial por SBA.

**6.12 Animales.**

Los animales, tales como: perros y gatos, cuando hayan sido adecuadamente contenidos y acompañados de certificados válidos de salud y vacunas, permiso de entrada, y otros documentos requeridos por los países de entrada, o de tránsito, serán aceptados para transporte con el previo acuerdo de SBA, el cual se realizará única y exclusivamente en cabina; sujeto a los Reglamentos del Gobierno y del Transportista. Deben cumplir con las siguientes condiciones:

- No deberán exceder de un peso máximo de 6Kg, incluyendo el Kennel.
- El Kennel no podrá exceder los 25 cm de alto por 40 cm de ancho y deberá ser rígido.

Si fuera aceptado para transporte, el animal, con su contenedor y comida incluidos, no forman parte del límite de equipaje permitido al pasajero, sino que constituye exceso de equipaje, para lo cual el pasajero pagará la tarifa de rigor.

Los perros-guía y otros animales de servicio que acompañen a pasajeros discapacitados, con sus contenedores y alimentos, serán transportados sin recargo por exceso de equipaje, sujeto a los Reglamentos gubernamentales y de SBA.

La aceptación de transporte de animales está sujeta a la condición que el pasajero asuma plena responsabilidad por tal animal. SBA no será responsable por lesiones sufridas por el animal, o su pérdida, demora o enfermedad de tal animal en el evento de que se le niegue entrada a cualquier país, estado o territorio; o su tránsito por los mismos.

**6.13 Convenios interlineales**

En cuanto al equipaje libre permitido para el caso de los viajes que incluyan tramos operados por otra línea

aérea distinta a SBA, se aplica la franquicia de equipaje del transportador que realiza el tramo más largo de la ruta.

## ARTÍCULO 7. MOSTRADOR DE REGISTRO (CHECK-IN)

El Pasajero que va a embarcarse en un vuelo internacional deberá presentarse en el mostrador de SBA en el aeropuerto con dos (2) horas de antelación antes de la partida programada del vuelo, para efectos de cumplir con los procedimientos de chequeo, control de seguridad, de migración, y demás. En todo caso el pasajero deberá presentarse al aeropuerto en los tiempos estipulados por SBA. Si el pasajero incumple con la llegada oportuna al mostrador de registro, o se presenta con documentación insuficiente, sin estar preparado para viajar, SBA puede cancelar el espacio reservado para el pasajero. SBA no será responsable ante el pasajero por la pérdida o gasto debido al incumplimiento del pasajero con las disposiciones del presente Artículo.

**7.1 Formalidades administrativas.**

El Pasajero es responsable de todos los documentos necesarios para su viaje, pasaporte, visas, tarjetas de turismo y cualquier requisito o documento adicional o especial que se le exija por las disposiciones legales y reglamentarias en vigor de los países de partida, tránsito y destino. El pasajero debe cumplir las normas y procedimientos establecidas por las autoridades de dichos países en materia de migración, aduanas, sanidad, seguridad y control de fronteras.

El servicio de información que presta SBA en estos temas no excluye la responsabilidad directa que tiene el pasajero de investigar, conocer y cumplir las normas relacionadas con estas materias. SBA no es responsable del rechazo de ingreso a un país por falta de cumplimiento de estas normas ni por las consecuencias o cualquier daño que sufra el pasajero que no haya cumplido las obligaciones mencionadas en el presente artículo.

**7.2 Documentos de Viaje.** SBA se reserva el derecho de rechazar el transporte de todo pasajero que no haya cumplido las leyes o los reglamentos en vigor y cuyos documentos no estén en regla.

Rechazo de Entrada. El pasajero a quien la autoridad le rechace la entrada a un territorio deberá cancelar todos los gastos o multas impuestas por este motivo. El costo del boleto pagado por el pasajero para llegar al país en donde no fue admitido no es reembolsable, como tampoco lo es cualquier gasto en que incurra el pasajero por dicho rechazo.

Controles Aduaneros. Si la autoridad competente lo solicita, el pasajero deberá asistir a la inspección de sus equipajes registrados y de mano. En ningún caso SBA asume responsabilidad por pérdidas o daños del equipaje, que puedan presentarse por este tipo de inspecciones, inclusive durante el tiempo que el equipaje se encuentre en poder de dichas autoridades.

Control de Seguridad. El pasajero debe someterse a todos los controles de seguridad a pedido de las autoridades oficiales gubernamentales o aeroportuarias o a pedido de SBA.

## ARTÍCULO 8 - VUELOS REGULARES, CANCELACIÓN DE VUELOS, ACONTECIMIENTOS DE FUERZA MAYOR.

### 8.1 Vuelos Regulares.

SBA se obliga a utilizar sus mejores esfuerzos para transportar al pasajero y su equipaje con diligencia razonable y para cumplir con los vuelos regulares programados en la fecha del viaje. Los horarios mostrados en los horarios no son garantizados y no forman parte del presente contrato. SBA puede sustituir transportistas o aeronaves, y puede alterar u omitir lugares de parada indicados en el boleto, en caso necesario. Los horarios están sujetos a cambio sin previo aviso. El Transportista no acepta responsabilidades por alguna pérdida reclamada causada por un cambio de horario o por demora.

### 8.2 Cancelación, cambios en los horarios.

Cuando por motivo fuera de nuestro control SBA cancela o demora un vuelo o sea incapaz de brindar el espacio previamente confirmado u omite una parada del pasajero o punto de destino, o cause que el pasajero pierda la conexión de un vuelo en el cual el pasajero tiene reservación, SBA procederá de acuerdo a lo establecido en las Condiciones Generales de Transporte Aéreo. No obstante, SBA se esforzará por transportarlo a usted y su equipaje con presteza razonable, aunque no se garantizan los horarios mostrados en los itinerarios ni en ningún otro lugar y los mismos no forman parte de este contrato. Es posible que SBA sustituya, sin previo aviso, en otros transportistas o aeronaves y, de ser necesario, que altere u omita los lugares de parada que aparecen en el boleto. Los itinerarios están sujetos a cambio sin previo aviso. SBA no se hace responsable de perder conexiones ni de operar ningún vuelo según el itinerario ni tampoco del cambio de itinerario de ningún vuelo.

### 8.3 Acontecimientos de fuerza mayor.

En caso de un acontecimiento de fuerza mayor, es posible que SBA cancele, de por terminado, desvíe, posponga o retrase cualquier vuelo, o el derecho al transporte o la reservación de disposición de tránsito aéreo, sin previo aviso y sin ninguna responsabilidad civil, excepto la de emitir un reembolso involuntario. El reembolso involuntario de cualquier parte no utilizada del boleto se hará en la forma de pago original SBA también se reservará el derecho de decidir la conveniencia de cualquier despegue o aterrizaje, sin otra responsabilidad que no sea el reembolso involuntario anteriormente mencionado.

**Se puede poner en contacto con el departamento de Calidad de Servicio de la siguiente forma:**

- **Oficinas Administrativas: Calle 3-B de La Urbina, Edificio Tokay, P.B. Caracas – Venezuela.**
- **A través de nuestra central telefónica: (+58)2122044400**

En las cuales será atendido de lunes a viernes en horarios de oficina.

## ARTÍCULO 9 - ALIANZAS Y ACUERDOS COMERCIALES

Las alianzas se definen como acuerdos de cooperación entre las aerolíneas, con el fin de alcanzar sinergias que les permitan mejorar la red de rutas, ofrecer un mejor servicio al pasajero, aumentar la eficiencia de la capacidad ofrecida, entre otras ventajas. En cualquier momento durante la vigencia del presente Contrato de Transporte, SBA podrá ser miembro de una o más alianzas y acuerdos comerciales, lo cual le será informado al pasajero en el momento oportuno. SBA es parte de importantes acuerdos comerciales con otras aerolíneas tales como:

Acuerdos de Código Compartido. El código compartido es un acuerdo que permite el uso del código designador de una aerolínea que no opera el vuelo en una ruta o un segmento de una ruta volada por otra u otras aerolíneas. En otras palabras, por este acuerdo, una aerolínea, la operadora, le permite a otra aerolínea, la comercializadora, usar su código en un vuelo operado por la primera. Cuando las rutas se operen en código compartido se informará a los pasajeros sobre la identidad del operador que realmente efectúa el transporte.

Acuerdos Interlínea. Son los acuerdos que tiene SBA con otras aerolíneas para vender servicios de transporte entre sí.

Alianzas Globales. Acuerdos comerciales o pactos entre dos o más aerolíneas a fin de alcanzar objetivos e intereses comunes.

## ARTICULO. 10 MODIFICACIÓN Y RENUNCIO

Ningún Agente, empleado o representante de SBA tiene la autoridad para alterar, modificar o renunciar a ninguna disposición de las presentes Condiciones de Transporte.








30 Kg (66 Lbs)



"Cuando estás preparado la vida no te sorprende"

(https://issuu.com/gruporadar/docs/sba_83_marzo_viviana_gibelli)

# Aliados de la Empresa




(https://www.asercaairlines.com)




(https://www.privilege.com.ve)





(http://www.cefaloscondores.com.ve)




(http://alasolidarias.org)

**Información al pasajero (seccion/información-al-pasajero)**
Mascotas (seccion/mascotas)
Información Migratoria (seccion/información-migratoria)
VIP (seccion/vip)
Plan de servicio al pasajero (seccion/plan-de-servicio-al-pasajero)
Servicio a bordo (seccion/servicio-a-bordo)
Menores viajando solos (seccion/menores-viajando-solos)
Nuestra flota (seccion/nuestra-flota)

**Equipaje (seccion/equipaje)**
Equipaje de mano (seccion/equipaje-de-mano)
Equipaje facturado (seccion/equipaje-facturado)
Excesos (seccion/excesos)
TV (seccion/tv)
Cajas (seccion/cajas)
Alimentos (seccion/alimentos)
Equipaje deportivo (seccion/equipaje-deportivo)
Instrumentos Musicales (seccion/instrumentos-musicales)
Sillas de ruedas (seccion/sillas-de-ruedas)
Equipaje prohibido (seccion/equipaje-prohibido)
Articulos no indemnizables (seccion/articulos-no-indemnizables)

**Contáctenos (seccion/contáctenos)**

**Política de Privacidad (seccion/política-de-privacidad)**

**Términos y Condiciones (seccion/términos-y-condiciones)**

**Contrato de Transporte (seccion/contrato-de-transporte)**

**Preguntas Frecuentes (seccion/preguntas-frecuentes)**

Todo el contenido de este portal es de uso exclusivo de Santa Barbara Airlines C.A RIF:J-30276836-5 - Desarrollado por: (http://www.laagenciadigital.com)