UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-22057-Civ-COOKE/GOODMAN

ZORIADIA LAYA, individually and on behalf of all other similarly situated, DOMINGO GUERRERO, individually and on behalf of all others similarly situated and EFEREN SANCHEZ, individually and on behalf of all others similarly situated,

    Plaintiffs,

vs.

SANTA BARBARA AIRLINES C.A., a Venezuelan company doing business as SBA Airlines,

    Defendant.

_____/

**JOINT NOTICE OF SETTLEMENT AND MOTION FOR TEMPORARY STAY**

    The Plaintiffs, ZORIADIA LAYA, DOMINGO GUERRERO, and EFEREN SANCHEZ, and Defendant, SANTA BARBARA AIRLINES C.A., by and through their undersigned counsel and pursuant to S.D. Fla. Local Rule 16.4, hereby give notice of the settlement of the above-captioned action. The parties entered their Confidential Settlement Agreement and Mutual Release on May 24, 2018 (the "Settlement Agreement").

    The parties also respectfully move for a temporary stay of this case for a period of 60 days. The reason for the requested stay is that the Settlement Agreement contains conditions precedent to the submission of a joint stipulation for dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii) that the parties anticipate will take 45-60 days to perform. If performed earlier, the parties will submit the joint stipulation for dismissal sooner.

    With respect to the joint stipulation for dismissal, the Settlement Agreement also contains conditions subsequent that will likely be performed fully within 90 days. The parties will, therefore, respectfully request that the Court reserve jurisdiction in its dismissal order for

a limited period of 90 days (subject to further extension, only if necessary) to enforce the Settlement Agreement. The parties anticipate that they will submit with their Rule 41 stipulation a Proposed Order of Dismissal with Prejudice and Reservation of Jurisdiction to Enforce Settlement Agreement that complies in that respect with *Kokkonen v. Guardian Life Ins. Co. of Amer.*, 511 U.S. 375, 381-82 (1994) ("Even when, as occurred here, the dismissal is pursuant to Rule 41(a)(1)(ii) [now 41(a)(1)(A)(ii)] . . . we think the court is authorized to embody the settlement contract in its dismissal order (or, what has the same effect, retain jurisdiction over the settlement contract) if the parties agree."), and *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1280 (11th Cir. 2012) ("We therefore find that for a district court to retain jurisdiction over a settlement agreement where the parties dismiss the case by filing a stipulation of dismissal pursuant to Rule 41(a)(1)(A)(ii), either (1) the district court must issue the order retaining jurisdiction under *Kokkonen* prior to the filing of the stipulation, or (2) the parties must condition the effectiveness of the stipulation on the district court's entry of an order retaining jurisdiction").

". . . [T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254 (1936). A proposed order granting this motion is submitted herewith.

WHEREFORE, for good cause shown, the parties respectfully request that the Court grant this motion, stay this action for a period of 60 days, and grant such other relief as the Court deems just and proper.

Respectfully submitted,

FOR PLAINTIFFS:

/s/ Brian M. Torres
Brian M. Torres, Fla. Bar # 36498
Nicolas M. Jimenez, Fla. Bar # 123575
**BRIAN M. TORRES, P.A.**
One S.E. Third Ave., Ste. 3000
Miami, FL 33131
Tel: 305-901-5858 ext. 101
Fax: 305-901-5874
btorres@briantorres.legal
njimenez@briantorres.legal
e-service@briantorres.legal

FOR DEFENDANT:

/s/ Sujey Herrera
Edward M. Mullins Fla. Bar # 863920
emullins@reedsmith.com
Sujey S. Herrera (FBN 92445)
sherrera@reedsmith.com
**REED SMITH LLP**
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
Telephone: (786)747-0200
Facsimile: (786)747-0299

John Cody German, Fla. Bar # 05854
**COLE, SCOTT & KISSANE, P.A.**
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Tel: (786) 268-6415
Fax: (305) 373-2294
Cody.German@csklegal.com

John G. Crabtree, Fla. Bar. # 886270
Charles M. Auslander, Fla. Bar # 349747
Brian C. Tackenberg, Fla. Bar # 107224
**CRABTREE & AUSLANDER**
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Tel: (305) 361-3770
Fax: (305) 437-8118
jcrabtree@crabtreelaw.com
causlander@crabtreelaw.com
btackenberg@crabtreelaw.com
floridaservice@crabtreelaw.com

Jose L. Baloyra, Fla. Bar # 84603
**BALOYRA LAW**
201 Alhambra Cir., Ste. 601
Coral Gables, FL 33134
Tel: (305) 442-4142
Fax: (305) 442-4377
jbaloyra@baloyralaw.com
rcruz@baloyralaw.com

Milton Fuentes, Fla. Bar # 123420
**M. FUENTES & CO.**
201 Alhambra Cir., Ste. 601
Coral Gables, FL 33134
Tel: (305) 447-1960
Fax: (786) 288-3808
mf@mfuenteslaw.com
sc@mfuenteslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, I electronically filed the foregoing document with the Clerk of Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the following Service List via CM/ECF Notification.

/s/ *Brian M. Torres*

## SERVICE LIST

*Zoriadia Laya, et al. v. Santa Barbara Airlines, C.A. d/b/a SBA Airlines,*
**Case No. 17-22057-CIV-Cooke/Goodman (S.D. Fla.)**

*Counsel for Plaintiffs*

Brian M. Torres, Fla. Bar # 36498
Nicolas M. Jimenez, Fla. Bar # 123575
**BRIAN M. TORRES, P.A.**
One S.E. Third Ave., Ste. 3000
Miami, FL 33131
Tel: 305-901-5858 ext. 101
Fax: 305-901-5874
btorres@briantorres.legal
njimenez@briantorres.legal
e-service@briantorres.legal

John Cody German, Fla. Bar # 05854
**COLE, SCOTT & KISSANE, P.A.**
9150 S. Dadeland Blvd., Suite 1400
Miami, FL 33156
Tel: (786) 268-6415
Fax: (305) 373-2294
Cody.German@csklegal.com

John G. Crabtree, Fla. Bar. # 886270
Charles M. Auslander, Fla. Bar # 349747
Brian C. Tackenberg, Fla. Bar # 107224
**CRABTREE & AUSLANDER**
240 Crandon Boulevard, Suite 101
Key Biscayne, FL 33149
Tel: (305) 361-3770
Fax: (305) 437-8118
jcrabtree@crabtreelaw.com

*Counsel for Defendant*

Edward M. Mullins Fla. Bar # 863920
emullins@reedsmith.com
Sujey S. Herrera (FBN 92445)
**REED SMITH LLP**
1001 Brickell Bay Drive
Suite 900
Miami, Florida 33131
Telephone: (786)747-0200
Facsimile: (786)747-0299

causlander@crabtreelaw.com
btackenberg@crabtreelaw.com
floridaservice@crabtreelaw.com

Jose L. Baloyra, Fla. Bar # 84603
**BALOYRA LAW**
201 Alhambra Cir., Ste. 601
Coral Gables, FL 33134
Tel: (305) 442-4142
Fax: (305) 442-4377
jbaloyra@baloyralaw.com
rcruz@baloyralaw.com

Milton Fuentes, Fla. Bar # 123420
**M. FUENTES & CO.**
201 Alhambra Cir., Ste. 601
Coral Gables, FL 33134
Tel: (305) 447-1960
Fax: (786) 288-3808
mf@mfuenteslaw.com
sc@mfuenteslaw.com