UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 17-22057-Civ-COOKE/GOODMAN**

ZORIADIA LAYA, individually and on
behalf of all others similarly situated,
DOMINGO GUERRO, individually and
on behalf of all others similarly situated
and EFREN SANCHEZ, individually and
on behalf of all others similarly situated,

     Plaintiffs,
vs.

SANTA BARBARA AIRLINES C.A.,
a Venezuelan company doing business as
SBA Airlines,

     Defendant.
_____/

**ORDER OF DISMISSAL**

     THIS CASE comes before me on the parties' Joint Stipulation for Dismissal with Prejudice on Court's Reservation of Jurisdiction to Enforce Settlement Agreement (ECF No. 61). In their Stipulation, the parties condition the dismissal of the case with prejudice on this Court retaining jurisdiction over the matter to enforce the terms of their confidential settlement agreement. Pursuant to this condition, this Court **APPROVES and ADOPTS** the Stipulation.

     This case is **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear his or its own attorney's fees and costs except as specified in the parties' confidential settlement agreement. This Court shall retain jurisdiction over the matter to enforce the terms of the parties' confidential settlement agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

**DONE and ORDERED** in chambers, at Miami, Florida, this 25th day of July 2018.

*Marcia G. Cooke*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*Jonathan Goodman, U.S. Magistrate Judge*
*Counsel of record*